BARRY H. SPITZER, State Bar #161525
LAW OFFICE OF BARRY H. SPITZER
1007 7th Street, Suite 200
Sacramento, California 95814

Telephone: (916) 442-9002
Facsimile: (916) 442-9003

Attorneys for Chapter 7 Trustee
Ryan Lucksinger

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

CELINA L. BALASOTO,

    Debtor.

CASE NO. 09-37928-A-7

D.C. NO. BHS-2

**MOTION FOR SALE OF ESTATE'S INTEREST IN REAL PROPERTY FREE AND CLEAR OF LIENS**

DATE: July 6, 2010
TIME: 9:00 a.m.
DEPT: A; COURTROOM 28
Hon. Michael S. McManus

    Ryan Lucksinger, duly appointed Chapter 7 Trustee (hereafter the "Trustee") in the above-captioned matter, through his counsel, Barry H. Spitzer, moves this Court for authority to sell the estate's interest in Avenue I-6 x 115th Street West, Lancaster, Los Angeles County, California; APN 3267-003-043 ("Subject Property") pursuant to the provisions of 11 U.S.C. section 363(b) of the Bankruptcy Code. The Subject Property is 2.5322 acres of bare land. In support of his Motion, the Trustee states the following:

    1.    That the Debtor filed a Chapter 7 petition on August 23, 2009 and Movant was appointed as the Chapter 7 trustee of the estate of the above-named Debtor that day.

    2.    That the Debtor listed the fair market value of the Subject Property as $13,494.00. The Trustee is aware the Subject Property has two (2) secured claims against it in favor of Kidane and Velur Holdings, LLC totaling approximately $14,700.00. In addition, Southern California Edison ("SCE") offered $30,000.00 to the Debtor pre-petition

to purchase an easement across the Subject Property. The Debtor exempted $16,135.89 of the easement offer.

3. The Trustee wishes to sell the estate's interest in the Subject Property "as-is" to SCE for $50,000.00. The Trustee believes it is in the best interest of the estate to sell the estate's interest in the Subject Property to SCE for $50,000.00, with SCE paying all closing costs.

4. The Trustee requests that the Court only approve overbids presented at the hearing that meet the following criteria:

(a) Overbidding shall start at $50,500.00, with the buyer paying all closing costs. The overbids shall be in minimum $500.00 increments.

(b) To qualify as a bidder, the bidder must bring to the Court a Cashier's Check or a certified check for $5,000.00. This Cashier's or certified check shall serve as a non-refundable deposit if the overbid is successful.

(c) The successful overbidder must deliver to the Trustee a Cashier's or certified check for the overbid amount within 48 hours of Court approval of the sale.

(d) Escrow to close within thirty (30) days of Court approval.

5. The Trustee seeks authority to execute any and all additional conveyances, assignments, schedules and other documents as may be necessary to consummate this sale.

6. The Trustee further seeks a waiver of the fourteen day waiting period imposed by Federal Rule of Bankruptcy Procedure, Rule 6004(h).

WHEREFORE, Ryan Lucksinger respectfully requests he be authorized to sell to Southern California Edison "as-is" the estate's interest in Avenue I-6 x 115th Street West, Lancaster, Los Angeles County, California; APN 3267-003-043, with existing liens to Kidane and Velur Holdings, LLC to be paid directly from escrow, pursuant to the provisions of section 363(b) of the Bankruptcy Code; and authority to execute any and all additional conveyances, assignments, schedules and other documents as may be necessary to consummate this sale. The Trustee further seeks a waiver of the fourteen day waiting

period imposed by Federal Rule of Bankruptcy Procedure, Rule 6004(h).

                                               Respectfully submitted,

DATED: June 8, 2010         LAW OFFICE OF BARRY H. SPITZER

                                           By: _____
                                                  BARRY H. SPITZER
                                                  Attorneys for Ryan Lucksinger,
                                                  Chapter 7 Trustee

## VERIFICATION

I, Ryan Lucksinger, hereby declare:

1.     I am the duly appointed Trustee in the above-entitled Estate.

2.     I have personal knowledge of the facts stated herein and if called as a witness, I could and would testify competently thereto.

3.     I believe it is in the best interest of the estate to sell "as-is" the estate's interest in the Subject Property to the Southern California Edison for a sales price of $50,000.00. The proposed purchase price is the highest value the property will bring the estate. The sale will allow for the orderly liquidation of the estate.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration is executed on June 8, 2010 at Rocklin, California.

                                                 _____
                                               Ryan Lucksinger, Trustee